ER

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### I. CAPTION

19    5791

_Cory gillins_
(Enter the full name of the plaintiff or plaintiffs)

v.

_Jason Nothstein_

(Enter the full name of the defendant or defendants)

FILED
DEC 09 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

RECEIVED
DEC _ 9 2019

### II. PARTIES

a.  Plaintiff
    Full name: _Cory A. Gillins_

    Prison Identification number: _61874_

    Place of present confinement: _LCP Lehigh Cty Prison_

    Address: _____

    Place of confinement at time of incidents or conditions alleged in complaint, including address:

    _____

    Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b.  Defendants: (list only those defendants named in the caption of the complaint, section I)

    1. Full name including title: _Jason Nothstein_

       Place of employment and section or unit: _Walnutport Police Dept._

    2. Full name including title: _John Doe 2_

       Place of employment and section or unit: _____

    3. Full name including title: _John Doe 3_

       Place of employment and section or unit: _____

    4. Full name including title: _John Doe 4_

       Place of employment and section or unit: _____

    Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

## III.  PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

Parties to your previous lawsuit:

Plaintiffs _____ no prior lawsuits _____

Defendants _____

Issues: _____
_____

Court: if federal, which district? _____

if state, which county? _____

Docket number: _____ Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)): Date: _____

    Dismissed _____ Reason? _____

    Judgment _____ In whose favor? _____

    Pending _____ Current status? _____

    Other _____ Explain _____

    Appeal filed? _____ Current status? _____

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV  ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. *Describe the administrative procedures available to resolve the issues raised in this complaint:*

   *Type of procedure. (grievance, disciplinary review, etc.)*

   ___not grievance issue___

   *Authority for procedure. (DC-ADM, inmate handbook, etc.)*

   _____

   *Formal or informal procedure.* _____

   *Who conducts the initial review?* _____

   *What additional review and appeals are available?* _____

b. *Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:*

   *On what date did you request initial review?* _____

   *What action did you ask prison authorities to take?* _____

   *What response did you receive to your request?* _____

   *What further review did you seek and on what dates did you file the requests?* _____

   *What responses did you received to your requests for further review?*

   _____

c. *If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?*

   _____

V.   STATEMENT OF CLAIM

Instructions:

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

1) Racial Profiling
2) Illegal searches on my person & my vehicle
3) Excessive force

On July 6 2018 I was driving on RTE 145 when I was pulled over by trooper Northstein. He requested I exit my vehicle so I did. After a series of sobriety tests I was choked had my head banged & my face dragged over concrete. I was also tasered by a officer. After which I was taken to St. Luke's on 19th St in Allentown for treatment & a cat scan and my wounds flushed. I was told I had to give them a vial of blood w/o a warrant. I lost my vehicle 2001 Saab Aero, my home & my job because of my arrest. I was placed in NCP for 4 months.

VI.   RELIEF

Instructions: Briefly state exactly what you want the Court to do for you.

Relief sought:

I want to be compensated **50 million** for racial discrimination, insults & recission, pain & suffering & all officers to be terminated from their jobs.

VII.   DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

11/21/19
DATE

[signature]
SIGNATURE OF PLAINTIFF(S)

5

**INSTRUCTIONS TO PRISONERS FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS IN A
42 U.S.C. δ 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### NOTICES

- In forma pauperis status does not mean that payment of the $150 filing fee is waived. If you are granted leave to proceed in forma pauperis you will be required to pay the full $150 fee to file your complaint, even if the complaint is dismissed prior to service. The Court will assess and collect an initial partial filing fee from your inmate account, if funds exist. The unpaid balance will be deducted from your account in installments as funds become available. Inability to pay the initial partial filing fee will not prohibit you filing a civil rights action.

- The Court may deny your Application to Proceed In Forma Pauperis if three or more of your prior complaints or appeals filed in Federal Court were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. In that case, you will be required to pay the $150 filing fee to commence the civil rights action.

### COMPLETING THE APPLICATION TO PROCEED IN FORMA PAUPERIS

- The application form consists of two pages. All entries on the form must be typed or legibly handwritten.

- Show your full name as plaintiff in the caption. Also show the full names of any additional plaintiffs in the caption. Each additional plaintiff, if any, must submit a separate Application to Proceed In Forma Pauperis. The full names of all defendants must be listed in the caption. The caption of the application form should be identical to the caption of the complaint.

- All information requested in the application form must be provided. If you cannot provide all information you must provide an explanation.

- Sign and date the application and the declaration that the facts stated in the application are true and correct.

### CERTIFICATION

- Request that a prison official complete the certification of your inmate trust fund account balances on page 2 of the application form. Secure a certified copy of the statement of your inmate trust fund account for all institutions in which you were confined for the six-month period preceding the filing of the complaint, listing all deposits and withdrawals from the account. The certified account balances and the account statement(s) must be signed and dated by a prison official, and must show the official's title.

### FILING AN APPLICATION

- Provide the original application form and certified inmate account statement for use by the Court. Keep copies of both documents for your records.

- Mail the original complaint, application form, and certified account statement to: Michael E. Kunz, Clerk, U.S. District Court, Eastern District of Pennsylvania, 2609 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797.

*Please make Copies then Return!*
*Thank you!*

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY
## DOCKET



Docket Number: CP-48-CR-0002899-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Cory A. Gillins

Page 1 of 5

### CASE INFORMATION

Judge Assigned:  
OTN: X 271430-5   LOTN: X 271430-5  
Initial Issuing Authority: Robert A. Hawke  
Arresting Agency: Walnutport Police Dept  
Complaint/Incident #: WB 19 00922  
Case Local Number Type(s)

Date Filed: 09/03/2019   Initiation Date: 07/06/2019  
Originating Docket No: MJ-03301-CR-0000212-2019  
Final Issuing Authority: Robert A. Hawke  
Arresting Officer: Nothstein, Jason A.

Case Local Number(s)

### STATUS INFORMATION

| Case Status: | Status Date | Processing Status | Arrest Date: | 07/06/2019 |
|---|---|---|---|---|
| Active | 11/07/2019 | Awaiting Trial | | |
| | 09/04/2019 | Awaiting Formal Arraignment | | |
| | 09/03/2019 | Awaiting Filing of Information | | |

Complaint Date: 07/06/2019

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Bail Reduction Hearing | 09/13/2019 | 10:00 am | Courtroom 4 | | Moved |
| Bail Reduction Hearing | 10/18/2019 | 10:00 am | Courtroom 4 | | Scheduled |
| Formal Arraignment | 11/07/2019 | 9:00 am | Courtroom 1 | | Scheduled |
| Criminal Court | 01/06/2020 | 9:00 am | Courtroom 1 | | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 11/14/2019 | County Jail | LEHIGH COUNTY JAIL - RECEPTI | | Yes |

### DEFENDANT INFORMATION

Date Of Birth: 12/22/1969   City/State/Zip: Allentown, PA 18102

Alias Name  
Cory, Gillins A.  
Gillians, Cory Allen  
Gillins, Cory  
Gillins, Cory Allen

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Gillins, Cory A. |

CPCMS 9082   Printed: 11/20/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

*Please make Copies then Return!*
*Thank you!*

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



Docket Number: CP-48-CR-0002899-2019
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Cory A. Gillins

Page 2 of 5

## BAIL INFORMATION

Gillins, Cory A.                                                                                 Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 07/06/2019 | Monetary | | $20,000.00 | | |
| Set | 09/13/2019 | Monetary | 10.00% | $5,000.00 | | |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 8 | M | 75 § 3802 §§ D1iii* | DUI: Controlled Substance - Metabolite - 1st Offense | 07/06/2019 | X 271430-5 |
| 2 | 1 | M | 75 § 3802 §§ D2* | DUI: Controlled Substance - Impaired Ability - 1st Offense | 07/06/2019 | X 271430-5 |
| 3 | 2 | F2 | 18 § 2702 §§ A3 | Aggravated Assault | 07/06/2019 | X 271430-5 |
| 4 | 3 | M2 | 18 § 2701 §§ A1 | Simple Assault | 07/06/2019 | X 271430-5 |
| 5 | 4 | M2 | 18 § 5104 | Resist Arrest/Other Law Enforce | 07/06/2019 | X 271430-5 |
| 6 | 5 | M | 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph | 07/06/2019 | X 271430-5 |
| 7 | 6 | S | 75 § 4303 §§ A | No Headlights | 07/06/2019 | X 271430-5 |
| 8 | 7 | M | 75 § 3802 §§ D1iii* | DUI: Controlled Substance - Metabolite - 1st Offense | 07/06/2019 | X 271430-5 |

## DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event
  Sequence/Description
    Sentencing Judge
      Sentence/Diversion Program Type
        Sentence Conditions

Disposition Date
  Offense Disposition
    Sentence Date
      Incarceration/Diversionary Period

Final Disposition
  Grade    Section
    Credit For Time Served
      Start Date

**Waived for Court (Lower Court)**       Defendant Was Present

Lower Court Disposition                             08/28/2019                              Not Final

| | | | |
|---|---|---|---|
| 2 / DUI: Controlled Substance - Impaired Ability - 1st Offense | Waived for Court (Lower Court) | M | 75 § 3802 §§ D2* |
| 3 / Aggravated Assault | Waived for Court (Lower Court) | F2 | 18 § 2702 §§ A3 |
| 4 / Simple Assault | Waived for Court (Lower Court) | M2 | 18 § 2701 §§ A1 |
| 5 / Resist Arrest/Other Law Enforce | Waived for Court (Lower Court) | M2 | 18 § 5104 |
| 6 / Use/Poss Of Drug Paraph | Waived for Court (Lower Court) | M | 35 § 780-113 §§ A32 |
| 7 / No Headlights | Waived for Court (Lower Court) | S | 75 § 4303 §§ A |
| 8 / DUI: Controlled Substance - Metabolite - 1st Offense | Waived for Court (Lower Court) | M | 75 § 3802 §§ D1iii* |

**Proceed to Court**       Defendant Was Not Present
Information Filed                                    11/04/2019                              Not Final

CPCMS 9082                                                                                   Printed: 11/20/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



Docket Number: CP-48-CR-0002899-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Cory A. Gillins

Page 3 of 5

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |
| 1 / DUI: Controlled Substance - Metabolite - 1st Offense | Added by Information | M | 75 § 3802 §§ D1iii* |
| 2 / DUI: Controlled Substance - Impaired Ability - 1st Offense | Proceed to Court | M | 75 § 3802 §§ D2* |
| 3 / Aggravated Assault | Proceed to Court | F2 | 18 § 2702 §§ A3 |
| 4 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A1 |
| 5 / Resist Arrest/Other Law Enforce | Proceed to Court | M2 | 18 § 5104 |
| 6 / Use/Poss Of Drug Paraph | Proceed to Court | M | 35 § 780-113 §§ A32 |
| 7 / No Headlights | Proceed to Court | S | 75 § 4303 §§ A |
| 8 / DUI: Controlled Substance - Metabolite - 1st Offense | Proceed to Court | M | 75 § 3802 §§ D1iii* |

### COMMONWEALTH INFORMATION / ATTORNEY INFORMATION

Name: Sandra Foster McClure
District Attorney
Supreme Court No: 073234
Phone Number(s):
484-767-0295   (Phone)
Address:
Northampton Co Gov'T Center
669 Washington St
Easton, PA  18042-7490

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/11/2019 | | Connell, James Martin |
| Entry of Appearance | | | |
| 1 | 09/03/2019 | | Court of Common Pleas - Northampton County |
| Original Papers Received from Lower Court | | | |
| 1 | 09/04/2019 | | Criminal Division - Northampton |
| Formal Arraignment Scheduled 11/07/2019 9:00AM | | | |
| 1 | 09/12/2019 | | Northampton County Clerk of Courts |
| Bail Reduction Hearing Scheduled 09/13/2019 10:00AM | | | |

CPCMS 9082

Printed: 11/20/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



Docket Number: CP-48-CR-0002899-2019

# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Cory A. Gillins

Page 4 of 5

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/13/2019 | | McFadden, F.P. Kimberly |
| Bail Set - Gillins, Cory A. | | | |
| 2 | 09/13/2019 | | McFadden, F.P. Kimberly |
| Bail Reduction Hearing Held - 9/13/19 | | | |
| 1 | 09/16/2019 | | Connell, James Martin |
| Motion for Modification of Bail | | | |
| 2 | 09/16/2019 | | Connell, James Martin |
| Certificate of Service | | | |
| 1 | 09/25/2019 | | Northampton County Clerk of Courts |
| Criminal Court Scheduled 01/06/2020 9:00AM | | | |
| 1 | 10/10/2019 | | Northampton County Clerk of Courts |
| Bail Reduction Hearing Scheduled 10/18/2019 10:00AM | | | |
| 1 | 11/04/2019 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 11/07/2019 | | Court of Common Pleas - Northampton County |
| Arraigned | | | |
| 1 | 11/12/2019 | | Dally, Craig A. |
| Petition & Order Granting Motion for Parole | | | |

CPCMS 9082

Printed: 11/20/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



Docket Number: CP-48-CR-0002899-2019

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Cory A. Gillins

Page 5 of 5

### CASE FINANCIAL INFORMATION

Last Payment Date:  Total of Last Payment:

| Gillins, Cory A.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| Costs/Fees | | | | | |
| Server Fee - Referred to County | $107.00 | $0.00 | $0.00 | $0.00 | $107.00 |
| Server Fee - Referred to County | $107.00 | $0.00 | $0.00 | $0.00 | $107.00 |
| Costs/Fees Totals: | $214.00 | $0.00 | $0.00 | $0.00 | $214.00 |
| Grand Totals: | $214.00 | $0.00 | $0.00 | $0.00 | $214.00 |

** - Indicates assessment is subrogated

CPCMS 9082

Printed: 11/20/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

ER

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19    5791

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __38 N. 4th Street, Allentown, PA 18102__

Address of Defendant: ____

Place of Accident, Incident or Transaction: __Lehigh__

---

*RELATED CASE, IF ANY:*

Case Number: ____   Judge: ____   Date Terminated: ____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __12/09/2019__   _Daniel McC_____   ____
                         *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

CIVIL: (Place a √ in one category only)

A.   *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights   550
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
     *(Please specify):* ____

B.   *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* ____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
     *(Please specify):* ____

---

ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, ____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: ____   ____   ____
        *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Gillins                                      :     CIVIL ACTION
                                             :
            v.                               :
                                             :     NO. **19  5791**
Nothstein, et. al.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.                          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.                          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   **550** (☒)

DEC - 9 2019         Daniel McCormack
_____         _____         _____
**Date**               **Deputy Clerk**             **Attorney for**


_____         _____         _____
**Telephone**          **FAX Number**               **E-Mail Address**

(Civ. 660) 10/02

